| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | CHRISTOPHER J. COX (Bar No. 151650) |
| | chris.cox@weil.com |
| 3 | JEFFREY G. HOMRIG (Bar No. 215890) |
| | jeffrey.homrig@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 7 | |
| | Attorneys for Plaintiffs |
| 8 | INGENIO, INC. |
| 9 | JOANNA S. ESTY |
| | jesty@linerlaw.com |
| 10 | LINER, YANKELEVITZ, ET AL |
| | 111 Glendon Ave., 14th Fl. |
| 11 | Los Angeles, CA 90024 |
| | Telephone: (310) 500-3596 |
| 12 | Facsimile: (310) 500-3501 |
| 13 | Attorneys for Defendants |
| | ACACIA PATENT ACQUISITION |
| 14 | CORPORATION and ACACIA RESEARCH |
| | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENIO, INC., | |
| Plaintiff, | Case No. C 06-06423 MJJ |
| v. | **STIPULATION AND [                    ]** |
| ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and CREDIT FRAUD CONTROL CORPORATION | **ORDER TO AMEND COMPLAINT AND EXTEND TIME IN WHICH DEFENDANTS MAY RESPOND TO SECOND AMENDED COMPLAINT** |
| Defendants. | |

STIPULATION AND [            ] ORDER TO
AMEND COMPLAINT AND EXTEND TIME IN
WHICH DEFENDANTS MAY RESPOND

Case No. C 06-06423 MJJ
SV1:\259522\02\5k8y02!.DOC\53791.0003

On October 13, 2006, Ingenio filed its original Complaint for declaratory judgment naming Acacia Patent Acquisition Corporation and Acacia Research Corporation as defendants.

On October 17, 2006, Ingenio amended its complaint to add Credit Fraud Control Corporation as a defendant, which is a company identified on the United States Patent and Trademark Office website as an assignee of the patent-in-suit, U.S. Patent No. 6,282,276.

On November 8, 2006, defendants advised Ingenio that the correct name of the assignee is Credit Card Fraud Control Corporation.

Therefore, IT IS HEREBY STIPULATED by the parties that Ingenio may amend its complaint in the form of Exhibit A to correct the name of defendant Credit Card Fraud Control Corporation.

IT IS FURTHER STIPULATED AND AGREED, that defendants shall have up to and including December 8, 2006, in which to Answer or otherwise respond to Ingenio's Second Amended Complaint. This order does not affect any other dates.

Dated: November 9, 2006  WEIL, GOTSHAL & MANGES LLP

By: /s/ *Christopher J. Cox*
Christopher J. Cox
Attorneys for Plaintiff
INGENIO, INC.

Dated: November 9, 2006  LINER, YANKELEVITZ ET AL

By: /s/ *JoAnna S. Esty*
JoAnna S. Esty
Attorneys for Defendants
ACACIA PATENT ACQUISITION CORPORATION and ACACIA RESEARCH CORPORATION

IT IS SO ORDERED:

Dated: 11/14/2006

*[signature]*
The Honorable Martin J. Jenkins
United States District Judge

STIPULATION AND [ ] ORDER TO AMEND COMPLAINT AND EXTEND TIME IN WHICH DEFENDANTS MAY RESPOND

2

Case No. C 06-06423 MJJ.
SV1:\259522\02\5k8y02!.DOC\53791.0003