JoAnna M. Esty (State Bar No. 147903)
Jenna F. Leavitt (State Bar No. 213574)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701
E-Mail: jesty@linerlaw.com
        jleavitt@linerlaw.com

Attorneys for Defendant and Counterclaimant
Credit Card Fraud Control Corporation

Jason Wolff (State Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
Email: wolff@fr.com

Attorneys for Counterclaim Defendant
Pilgrim Telephone, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INGENIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, AND CREDIT CARD FRAUD CONTROL CORPORATION, <br><br> Defendants. | Case No. C 06-06423 MJJ <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** <br><br> AND ORDER |

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD
Case No. C 06-06423 MJJ

1

|1| |
|2| CREDIT CARD FRAUD CONTROL CORPORATION,|
|3| |
|4|     Counterclaimant,|
|5| v.|
|6| INGENIO, INC., a Delaware corporation; PILGRIM TELEPHONE, INC., a Delaware corporation,|
|7| |
|8|     Counterdefendants.|

Pursuant to Local Rule 6-1(a), and per a telephone conversation of January 8, 2007 between the counsel for Counterclaimant CREDIT CARD FRAUD CONTROL CORPORATION ("FRAUD CONTROL") and counsel for Counterdefendant PILGRIM TELEPHONE, INC. ("PILGRIM"), FRAUD CONTROL and PILGRIM hereby stipulate that PILGRIM shall have an extension of time up to and including February 9, 2007 to answer or otherwise plead to the Counterclaim. This stipulated extension is necessary because FRAUD CONTROL and PILGRIM need more time to explore settlement possibilities, and is not for purposeful delay.

By her signature below, counsel for Plaintiff swears under penalty of perjury that counsel for Defendant concurred in the filing of this document.

Respectfully submitted,

Date: January 9, 2007
/s/
Jason Wolff (State Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
Email: wolff@fr.com

Attorneys for Counterclaim Defendant
Pilgrim Telephone, Inc.

Date: January 9, 2007
/s/
Jenna F. Leavitt (State Bar No. 213574)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701
E-Mail: jesty@linerlaw.com
        jleavitt@linerlaw.com

Attorneys for Defendant and Counterclaimant
Credit Card Fraud Control Corporation

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD
Case No. C 06-06423 MJJ

2

Additional Counsel:

Craig R. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email: csmith@fr.com

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/10/2007

_____
The Honorable Martin J. Jenkins
United States District Court Judge

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD
Case No. C 06-06423 MJJ

3