JoAnna M. Esty, Esq. (SBN: 147903)
    jesty@venable.com
Jenna F. Leavitt, Esq. (SBN: 213574)
    jleavitt@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendants and Counterclaimant
Credit Card Fraud Control Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INGENIO, INC.,<br><br>      Plaintiff,<br><br>     v.<br><br>ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, AND CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>      Defendants.<br>——————————————<br>CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>      Counterclaimant,<br><br>     v.<br><br>INGENIO, INC., a Delaware corporation; PILGRIM TELEPHONE, INC., a Delaware corporation,<br><br>      Counterdefendants. | Case No. C 06-06423 MJJ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND [PROPOSED] ORDER** |

Pursuant to Local Rule 6-1(a), and communications between the undersigned counsel for Defendant and Counterclaimant CREDIT CARD FRAUD CONTROL CORPORATION ("Fraud Control") and Defendants ACACIA PATENT ACQUISITION CORPORATION and ACACIA RESEARCH CORPORATION ("The Acacia Parties") and counsel for Plaintiff and Counterdefendant INGENIO, INC. ("INGENIO"), counsel for Ingenio and The Acacia Parties hereby stipulate that The Acacia Parties shall have an extension of time up to and including January 29, 2007 to file a reply in support of their Motion to Dismiss. This stipulated extension is requested in good faith and is necessary because counsel for Fraud Control and The Acacia Parties has moved law firms and needs additional time to transfer the files for this matter to their new firm. The hearing on The Acacia Parties' Motion to Dismiss is currently set for February 6, 2007 at 9:00 a.m.

Respectfully submitted this 21st day of January, 2007

By:　　＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿
Jenna F. Leavitt
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 229-9900
(310) 229-9901 Facsimile

Attorneys for Defendants and
Counterclaimant Credit Card Fraud Control
Corporation

Respectfully submitted this 21st day of January, 2007

By:　　＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿
Christopher J. Cox
WEIL GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3029
(650) 802-3100 Facsimile

Attorneys for Plaintiff and
Counterdefendant Ingenio, Inc.

1

[PROPOSED] **ORDER**

2

Pursuant to the Stipulation, **IT IS SO ORDERED.**

3

DATED: _1/24/2007_____

4

5

_____
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C06-06423 MJJ

STIPULATION TO EXTEND TIME TO RESPOND AND [PROPOSED] ORDER