VENABLE LLP
JOANNA M. ESTY, ESQ. (SBN 147903)
JENNA F. LEAVITT, ESQ. (SBN 213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: jesty@venable.com
E-mail: jleavitt@venable.com

Attorneys for Defendant and Counterclaimant
CREDIT CARD FRAUD CONTROL CORPORTATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGENIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, AND CREDIT CARD FRAUD CONTROL CORPORATION, <br><br> Defendants. | Case No. C 06-06423 MJJ <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE; DECLARATION OF JENNA F. LEAVITT IN SUPPORT THEREOF AND [PROPOSED] ORDER** |
| CREDIT CARD FRAUD CONTROL CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> INGENIO, INC., a Delaware corporation; PILGRIM TELEPHONE, INC., a Delaware corporation, <br><br> Counterdefendants. | |

- 1 -

**STIPULATION TO CONTINUE HEARINGS**
Case No. C06-06423 MJJ

WHEREAS, the hearing on Defendants', Acacia Research Corporation and Acacia Patent Acquisition Corporation ("the Acacia Parties"), motion to dismiss is set to be heard by this Court on February 6, 2007 at 9:30 a.m.,

WHEREAS, the parties are currently entering into settlement negotiations for possible settlement of this matter,

WHEREAS, the parties would like to attempt to settle this matter without further Court intervention, including appearing at the hearing on the Acacia Parties' motion to dismiss,

WHEREAS, continuing the Acacia Parties' motion to dismiss for one (1) month will allow the parties the time that they need to attempt to settle this matter,

WHEREAS, the Initial Case Management Conference in this case has been scheduled by this Court for February 20, 2006, at 2:00 p.m.,

WHEREAS, counsel for Defendants has recently changed law firms and needs extra time to complete the meet and confer requirements for the Case Management filings and conference,

WHEREAS, continuing the Case Management Conference one (1) month will allow the parties to not only attempt to settle this matter, but also to properly meet and confer prior to their joint case management submission,

WHEREAS, the parties have agreed to the modification of the pending hearing and Court appearance to accommodate the possible settlement of this action and the move of Defendants' counsel, and

WHEREAS, this is the parties' first request to continue the hearing on the Acacia Parties' Motion to Dismiss and the Case Management Conference and such continuances are requested in good faith based on the facts as described herein and in the Declaration of Jenna F. Leavitt, attached hereto as Exhibit A,

The parties by and through their respective counsel hereby stipulate as follows:

The hearing on the Acacia Parties' Motion to Dismiss shall be continued from February 6, 2007 at 9:30 a.m. to March 20, 2007 at 9:30 a.m.

The Initial Case Management Conference shall be continued from February 20, 2007 at 2:00 p.m. to April 10, 2007 at 2:00 p.m.

By her signature below, counsel for Defendants/Counterclaimant swears under penalty of perjury that counsel for Plaintiff/Counterdefendant concurred in the filing of this document.

Respectfully submitted this 2nd day of February, 2007

By: _____/s/_____
Jenna F. Leavitt
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 229-9900
(310) 229-9901 Facsimile

Attorneys for Defendants and Counterclaimant

Respectfully submitted this 2nd day of February, 2007

By: _____/s/_____
Christopher J. Cox
WEIL GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3029
(650) 802-3100 Facsimile

Attorneys for Plaintiff and Counterdefendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation, **IT IS SO ORDERED.**

DATED:  2/5/2007 _____

_____
UNITED STATES DISTRICT COURT JUDGE