VENABLE LLP
JOANNA M. ESTY, ESQ. (SBN 147903)
JENNA F. LEAVITT, ESQ. (SBN 213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: jesty@venable.com
E-mail: jleavitt@venable.com

Attorneys for Defendant and Counterclaimant
CREDIT CARD FRAUD CONTROL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGENIO, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>            Defendants.<br><br>CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>            Counterclaimant,<br><br>v.<br><br>INGENIO, INC., a Delaware corporation; PILGRIM TELEPHONE, INC., a Delaware corporation,<br><br>            Counter-defendants. | CASE NO.: 06-06423 MJJ<br>Honorable Martin J. Jenkins<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

Defendants and Counterclaimants CREDIT CARD FRAUD CONTROL CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, and ACACIA RESEARCH CORPORATION hereby give notice that Venable LLP is being substituted as counsel, replacing Liner Yankelevitz Sunshine & Regenstreif LLP.  Venable's contact information for this case is as follows:

> VENABLE LLP
> JOANNA M. ESTY, ESQ. (SBN 147903)
> JENNA F. LEAVITT, ESQ. (SBN 213574)
> 2049 Century Park East, Suite 2100
> Los Angeles, California 90067
> Telephone:  (310) 229-9900
> Facsimile:  (310) 229-9901
> E-mail:  jesty@venable.com
> E-mail:  jleavitt@venable.com

Respectfully submitted this 19th day of January, 2007

> By:     /s/
> Angela Agrusa (SBN: 131337)
> LINER YANKELEVITZ SUNSHINE &
> REGENSTREIF, LLP
> 1100 Glendon Avenue, 14th Floor
> Los Angeles, CA 90024
> (310) 500-3500
> (310) 500-3501 Facsimile

Respectfully submitted this 19th day of January, 2007

> By:     /s/
> Jenna F. Leavitt (SBN: 213574)
> VENABLE, LLP
> 2049 Century Park East, Suite 2100
> Los Angeles, CA 90067
> (310) 229-9900
> (310) 229-9901 Facsimile
>
> Attorneys for Defendant and Counterclaimant
> CREDIT CARD FRAUD CONTROL
> CORPORATION

### [~~PROP~~OSED] ORDER

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

**IT IS SO ORDERED.**

DATED: February 12, 2007                              _/s/ Martin J. Jenkins_
                                                                           UNITED STATES DISTRICT COURT JUDGE

- 2 -