JoAnna M. Esty (State Bar No. 147903)
Jenna F. Leavitt (State Bar No. 213574)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
E-Mail:  jesty@venable.com
          jleavitt@venable.com

Attorneys for Defendant and Counterclaimant
Credit Card Fraud Control Corporation

Jason W. Wolff (State Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
Email: wolff@fr.com

Attorneys for Counterclaim Defendant
Pilgrim Telephone, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INGENIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, AND CREDIT CARD FRAUD CONTROL CORPORATION, <br><br> Defendants. | Case No.  C 06-06423 MJJ <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD AND [PROPOSED] ORDER** |

|   |   |
|---|---|
| 1 | |
| 2 | CREDIT CARD FRAUD CONTROL CORPORATION, |
| 3 | |
| 4 |       Counterclaimant, |
| 5 |       v. |
| 6 | INGENIO, INC., a Delaware corporation; PILGRIM TELEPHONE, INC., a Delaware corporation, |
| 7 | |
| 8 |       Counterdefendants. |

10      Pursuant to Local Rule 6-1(a), and per an email exchange on February 8, 2007 between the undersigned counsel for Counterclaimant CREDIT CARD FRAUD CONTROL CORPORATION ("FRAUD CONTROL") and counsel for Counterdefendant PILGRIM TELEPHONE, INC. ("PILGRIM"), FRAUD CONTROL and PILGRIM hereby stipulate that PILGRIM shall have an extension of time up to and including March 2, 2007 to answer or otherwise plead to the Complaint.  This is the second request by the parties to extend the time for filing Pilgrim's response to the Complaint.  This stipulated extension is necessary because FRAUD CONTROL and PILGRIM need more time to explore settlement possibilities, and is not for purposeful delay.  By her signature below, counsel for Defendant/Counterclaimant swears under penalty of perjury that counsel for Defendant concurred in the filing of this document.

                                      Respectfully submitted,

| | |
|---|---|
| Date: February 8, 2007<br>/s/<br>Jason W. Wolff (State Bar No. 215819)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile: 858-678-5099<br>Email: wolff@fr.com<br><br>Attorneys for Counterclaim Defendant<br>Pilgrim Telephone, Inc. | Date: February 8, 2007<br>/s/<br>JoAnna M. Esty (State Bar No. 147903)<br>Jenna F. Leavitt (State Bar No. 213574)<br>VENABLE LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone:  (310) 229-9900<br>Facsimile:  (310) 229-9901<br>E-Mail:  jesty@venable.com<br>          jleavitt@venable.com<br><br>Attorneys for Defendant and Counterclaimant<br>Credit Card Fraud Control Corporation |

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD
Case No. C 06-06423 MJJ

2

1

2  Additional Counsel:

3  Craig R. Smith
   FISH & RICHARDSON P.C.
4  225 Franklin Street
   Boston, MA 02110-2804
5  Telephone: (617) 542-5070
   Facsimile: (617) 542-8906
6  Email: csmith@fr.com

7

8
      PURSUANT TO STIPULATION, IT IS SO ORDERED.
9

10  Dated:_____February 12, 2007                    _____
11                                                  The Honorable Martin J. Jenkins
                                                    United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD
Case No. C 06-06423 MJJ

3