VENABLE LLP
JOANNA M. ESTY, ESQ. (SBN 147903)
JENNA F. LEAVITT, ESQ. (SBN 213574)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
E-mail:  jesty@venable.com
E-mail:  jleavitt@venable.com

Attorneys for Defendant/Counterclaimant
CREDIT CARD FRAUD CONTROL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGENIO, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, AND CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>　　　　Defendants.<br><br>CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>INGENIO, INC., a Delaware corporation; PILGRIM TELEPHONE, INC., a Delaware corporation,<br><br>　　　　Counterdefendants. | Case No. C 06-06423 MJJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41) AND [PROPOSED] ORDER** |

- 1 -

**STIPULATION TO DISMISS ACTION**
Case No.  C06-06423 MJJ

Plaintiff/Counterdefendant Ingenio, Inc. and Defendants Acacia Patent Acquisition Corporation and Acacia Research Corporation and Defendant/Counterclaimant Credit Card Fraud Control Corporation hereby stipulate as follows: that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1):

1. The parties have entered into a confidential settlement agreement settling the above-captioned matter;

2. The parties agree to entry of this Stipulated Order of Dismissal, dismissing with prejudice all claims and counterclaims against each other;

3. The parties further agree that each party shall bear its own attorneys' fees and costs;

4. The parties further agree that, for the purpose of these voluntary dismissals, no party is considered the "prevailing party" within the meaning of Rule 54(d) of the Federal Rules of Civil Procedure;

5. The parties further agree to this Stipulation being made an Order of the Court;

6. The parties further request that this Court retain jurisdiction to enforce the confidential settlement agreement.

By her signature below, counsel for Defendants and Defendant/Counterclaimant swears under penalty of perjury that, pursuant to General Order 45.X.B, counsel for Plaintiff/Counterdefendant concurred in the filing of this document.

Respectfully submitted this 7th day of March, 2007

By: _____/s/_____
Jenna F. Leavitt
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 229-9900
(310) 229-9901 Facsimile

Attorneys for Defendants and
Defendant/Counterclaimant

**STIPULATION TO DISMISS ACTION**
Case No.  C06-06423 MJJ

Respectfully submitted this 7th day of March, 2007

By: _____/s/_____
Christopher J. Cox
WEIL GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3029
(650) 802-3100 Facsimile

Attorneys for Plaintiff/Counterdefendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation, **IT IS SO ORDERED.**

DATED: __3/9/2007_____

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION TO DISMISS ACTION**
Case No.  C06-06423 MJJ